

_____
Honorable Bruce A. Markell
United States Bankruptcy Judge

Entered on Docket
March 26, 2013

TIFFANY & BOSCO, P.A.
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com
Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP
12-78520

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-12-20802-bam |
|---|---|
| Eduardo Martinez-Sanchez and Ana Martinez | Chapter 13 |
| Debtors. | |

**ORDER APPROVING STIPULATION CLARIFYING PLAN TREATMENT OF PROPERTY LOCATED AT 2253 MCCOIG AVE., LAS VEGAS, NV 89119**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation between secured creditor and debtors for collateral valuation, a copy of which is attached hereto as **Exhibit "1"**, is hereby entered as an Order of the Court.

IT IS SO ORDERED.

Submitted by:
TIFFANY & BOSCO, P.A.

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

1

TIFFANY & BOSCO, P.A.
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP
12-78520

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In Re: | BK-S-12-20802-bam |
|---|---|
| Eduardo Martinez-Sanchez and Ana Martinez | Date: ~~February~~ March 21, 2013<br>Time: 3:15pm |
| Debtors. | Chapter 13 |

### STIPULATION BETWEEN SECURED CREDITOR AND DEBTORS
### RE: MOTION TO VALUE COLLATERAL PROPERTY

IT IS HEREBY STIPULATED by and between Secured Creditor, Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP, (hereinafter, "Secured Creditor") through its counsel, Gregory L. Wilde, Esq. of the law firm of Tiffany & Bosco, P.A., and Debtors Eduardo Martinez-Sanchez and Ana Martinez, through their counsel, Narrah F. Newark, Esq., as follows:

1. That the value of the property generally described as 2253 Mccoig Ave., Las Vegas, NV 89119 (hereinafter "subject property") and legally described as follows:

LOT THIRTY SIX (36) IN BLOCK SIX (6) OF GRANTBILT SUBDIVISION UNIT NO.3 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 13, OF PLATS, PAGE 33, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. APN# 162-26-615-016.

1 shall be adjudicated to $83,000.00 for the purposes of bifurcating the claim of secured creditor, Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP.

2. That pursuant to the standard of *In Re Enewally*, the crammed-down value agreed to above shall be paid in full by the Debtors through the plan and during the 60 month life of the plan, with *equal monthly payments* of $1,575.84. Should the Debtors fail to pay the entire crammed-down value within that time, the Debtors will be responsible for the entire amount due under the original Note and Deed of Trust.

3. That the Debtors will pay 5.25% interest on the crammed-down value.

4. That in addition to the payments necessary to satisfy the cram down within the life of the Chapter 13 Plan, the Debtors shall also maintain an escrow account with Secured Creditor in connection with the Loan for the insurance and property taxes on the subject property. The current monthly escrow payment may change as escrow needs are reanalyzed over the remaining life of the loan.

5. That the Debtors shall file an amended Chapter 13 Plan providing for the additional terms listed above, within 10 days of the entry of this Order and that to the extent of any inconsistency between the terms of this Order and the terms in any Chapter 13 Plan, the terms of this Order control.

///
///
///
///
///
///

6. That the terms and conditions of this Stipulation will be deemed null and void if the instant Chapter 13 case is dismissed or converted to any other Chapter or if Debtors move into subject property.

IT IS SO STIPULATED.

Submitted by:

Tiffany & Bosco, P.A.

/S/GREGORY L. WILDE
_____  DATE: March 26, 2013
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED
_____  DATE: March 26, 2013
Narrah F. Newark, Esq.
Attorney for Debtors

APPROVED / DISAPPROVED
_____  DATE: 3-25-13
Kathleen A. Leavitt
Chapter 13 Trustee